IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JESUS CAPRILES,

      Appellant,

v.

THE SCHOOL DISTRICT of
LEE COUNTY and JOHNS
EASTERN COMPANY-
MAITLAND,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4298

_____/

Opinion filed May 11, 2017.

An appeal from an order of Judge of Compensation Claims.
Jack A. Weiss, Judge.

Date of Accident:  April 27, 2015.

Mark L. Zientz of the Law Offices of Mark L. Zientz, P.A., Miami, for Appellant.

Kimberly J. Fernandes of the Law Firm of Kelley Kronenberg, P.A., Tallahassee, for Appellees.

PER CURIAM.

      AFFIRMED.

WETHERELL, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.